IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD LEE WATTS, #131329, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 15-0121-CG-B |
| CYNTHIA STEWART, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's Petition for Habeas Corpus relief under 28 U.S.C. § 2254 is **DISMISSED** with prejudice as procedurally barred. The Court further finds that Petitioner is not entitled to a Certificate of Appealability, and therefore, is not permitted to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 29th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE